175 F.3d 761
 Panchita HODGERS-DURGIN, individually and on behalf of all
others similarly situated; Antonio V. Lopez,
individually and on behalf of all others
similarly situated,
Plaintiffs-Appellants,
v.
Gustavo DE LA VINA, in his official capacity; Ronald E.
Sanders, in his official capacity; Stephen
Norman, in his official capacity,
Defendants-Appellees.
 No. 97-16449.
 United States Court of Appeals,
Ninth Circuit.
 May 13, 1999.
 
 Before: HUG, Chief Judge.ORDER
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the enbanc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Hodgers-Durgin v. de la Vina, 165 F.3d 667, ----, slip op. at 193 (9th Cir.1999), is withdrawn.